STATE OF CONNECTICUT *v.* LONNIE BLACK

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 241, is denied.

*Suzanne Zitser,* assistant public defender, and *G. Douglas Nash,* public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided October 23, 1990

JERI L. BILLINGTON *v.* RANDALL J. BILLINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 45, is granted, limited to the following issues:

"1. To prevail on a motion to open a judgment based on fraud, must the movant in a marital case establish diligence in attempting to discover the fraud?

"2. Is there a difference in marital cases between a fraud on the court and a fraud on the adverse party?

"3. Was the Appellate Court correct in deciding that the trial court should not have opened the judgment?"

*Gerald L. Garlick,* in support of the petition.

*Randall J. Billington,* pro se, in opposition.

Decided November 2, 1990

OAK LEAF MARINA, INC., ET AL. *v.* PETER M. ERTEL

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 91, is denied.

*Peter M. Ertel,* pro se, in support of the petition.

Decided November 2, 1990